# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:14-cr-126-RL-PRC |
| | ) | |
| CHAZ LAMAR HOLLINGSWORTH, | ) | |
| Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
## UPON A PLEA OF GUILTY BY DEFENDANT CHAZ LAMAR HOLLINGSWORTH

TO:  THE HONORABLE RUDY LOZANO, JUDGE,
UNITED STATES DISTRICT COURT

Upon Defendant Chaz Lamar Hollingsworth's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on October 2, 2015, with the consent of Defendant Chaz Lamar Hollingsworth, counsel for Defendant Chaz Lamar Hollingsworth, and counsel for the United States of America.

The hearing on Defendant Chaz Lamar Hollingsworth's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Chaz Lamar Hollingsworth under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Chaz Lamar Hollingsworth,

I FIND as follows:

(1) that Defendant Chaz Lamar Hollingsworth understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Chaz Lamar Hollingsworth understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Chaz Lamar Hollingsworth understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Chaz Lamar Hollingsworth understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Chaz Lamar Hollingsworth has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Chaz Lamar Hollingsworth is competent to plead guilty;

(6) that Defendant Chaz Lamar Hollingsworth understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Chaz Lamar Hollingsworth's plea; and further,

I RECOMMEND that the Court accept Chaz Lamar Hollingsworth's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Chaz Lamar Hollingsworth be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Chaz Lamar Hollingsworth be adjudged guilty, a sentencing date before Judge Rudy Lozano will be scheduled. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

So ORDERED this 2nd day of October, 2015.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT