**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:14-CR-126 |
| ) | |
| CHAZ LAMAR HOLLINGSWORTH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Chaz Lamar Hollingsworth (DE #27) filed on October 2, 2015. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Chaz Lamar Hollingsworth, and **FINDS** Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. section 922(g)(1).

This matter is set for sentencing on January 7, 2016, at 2:00 p.m.

**DATED: October 21, 2015**         /s/RUDY LOZANO, Judge
                                    **United States District Court**